AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Iowa

2019 JAN 23 PM 2: 25

U.S. MARSHALS SERVICE
Southern District of Iowa

| United States of America | ) | |
| v. | ) | Case No. 4:19-cr-005 |
| | ) | |
| MARTIN JAMES TIRRELL | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* MARTIN JAMES TIRRELL,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

T. 18, U.S.C. §1341 - Mail Fraud
T. 18, U.S.C. §1343 - Wire Fraud
T. 18, U.S.C. §1029(a)(5), 1029(c)(1)(A)(ii) - Access Device Fraud
T. 18, U.S.C. §1344(I) - Bank Fraud

Date: 01/23/2019

WARRANT ISSUED
JOHN S. COURTER, Clerk
By: *[signature]*
DEPUTY CLERK

City and state: Des Moines, Iowa

U.S. Magistrate Judge Celeste F. Bremer
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 1-23-19, and the person was arrested on *(date)* 2-13-2019
at *(city and state)* Des Moines, IA.

Date: 2-13-2019

*[signature]*
Arresting officer's signature

Kevin T. Kohler, FBI Special Agent
*Printed name and title*