IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MARTIN JAMES TIRRELL,<br><br>　　　　Defendant. | No. 4:19-CR-005<br><br>**APPEARANCE** |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

　　The undersigned hereby enters his appearance as counsel in this case for the Defendant, Martin James Tirrell.

　　　　　　　　　　　　　　　　　　　　　　*/s/ B. John Burns*
　　　　　　　　　　　　　　　　　　　　　B. John Burns, Asst. Federal Defender
　　　　　　　　　　　　　　　　　　　　　FEDERAL PUBLIC DEFENDER'S OFFICE
　　　　　　　　　　　　　　　　　　　　　400 Locust Street, Suite 340
　　　　　　　　　　　　　　　　　　　　　Des Moines, Iowa 50309-2353
　　　　　　　　　　　　　　　　　　　　　PHONE: (515) 309-9610
　　　　　　　　　　　　　　　　　　　　　FAX: (515) 309-9625
　　　　　　　　　　　　　　　　　　　　　E-MAIL: b._john_burns@fd.org

　　　　　　　　　　　　　　　　　　　　　ATTORNEY FOR DEFENDANT

CERTIFICATE OF SERVICE
I hereby certify that on February 14, 2019, I electronically filed this document with the Clerk of Court using the ECF system which will serve it on the appropriate parties.
　　　　　　　　/s/ V. Gall