IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARTIN JAMES TIRRELL,<br><br>Defendant. | No. 4:19-CR-005<br><br>**DEFENDANT'S UNRESISTED MOTION TO CONTINUE TRIAL AND TO EXTEND THE DEADLINE FOR FILING PRETRIAL MOTIONS** |

Defendant Martin James Tirrell, through counsel, moves for a continuance of the trial currently scheduled for April 1, 2019, and an extension of the deadline for filing pretrial motions. In support of this motion, counsel states as follows:

1. The defendant is charged in a six-count indictment alleging violations of 18 U.S.C. § 1341, mail fraud, in count 1, of 18 U.S.C. § 1343, wire fraud, in count 2 and 3, of 18 U.S.C. §§ 1029(a)(5) and 1029(c)(1)(A)(ii), access device fraud, in count 4, and of 18 U.S.C. § 1344(1), bank fraud, in counts 5 and 6.

2. More time is needed to investigate this case. Currently, this case involves approximately 1800 pages of discovery materials, many of them being financial records.

3. Counsel for the government has indicated that the government does not resist this motion.

4. Because the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial, the period would be excludable time for speedy trial purposes.

5. The defendant is not in custody.

6. Trial in this matter has not previously been continued. This is the first motion to

continue trial filed in this case.

WHEREFORE, defendant Martin James Tirrell requests that the Court grant this motion and continue the current trial date to the September, 2019, trial setting date along with a corresponding extension of the pretrial motion deadline.

/s/  *B. John Burns*
B. John Burns
FEDERAL PUBLIC DEFENDER'S OFFICE
400 Locust Street, Suite 340
Des Moines, Iowa 50309-2353
PHONE: (515) 309-9610
FAX: (515) 309-9625
E-MAIL: b._john_burns@fd.org
ATTORNEY FOR DEFENDANT

CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2019, I electronically filed this document with the Clerk of Court using the ECF system which will serve it on the appropriate parties.

*/s/ B. John Burns*