IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>MARTIN JAMES TIRRELL,<br><br>      Defendant. | No. **4:19-cr-005**<br><br>**WRITTEN WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT AND ORDER** |

Pursuant to Federal Rule of Criminal Procedure 10(b), the defendant hereby waives personal appearance at the arraignment on the charges currently pending against him in this court.

(1) The defendant affirms that he has received a copy of the superseding indictment;

(2) The defendant understands that he has the right to appear personally before the Court for an arraignment on these charges, and voluntarily waives that right; and

(3) The defendant pleads not guilty to all counts of the indictment.

_____  
Defendant

_____  
B. John Burns  
Counsel for Defendant

## ORDER

**IT IS ORDERED** that the defendant's waiver is hereby accepted, and his plea of not guilty is entered of record with the Clerk of Court.

DATED this _____ day of _____.

_____  
MAGISTRATE JUDGE  
UNITED STATES DISTRICT COURT