IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MARTIN JAMES TIRRELL,<br><br>　　　　Defendant. | No. 4:19-cr-005<br><br>APPEARANCE |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

　　The undersigned hereby enters her appearance as co-counsel in this case for the defendant, Martin James Tirrell.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　 */s/ Melanie S. Keiper*
　　　　　　　　　　　　　　　　MELANIE S. KEIPER
　　　　　　　　　　　　　　　　Assistant Federal Public Defender
　　　　　　　　　　　　　　　　FEDERAL DEFENDER'S OFFICE
　　　　　　　　　　　　　　　　400 Locust Street, Suite 340
　　　　　　　　　　　　　　　　Des Moines, Iowa 50309-2353
　　　　　　　　　　　　　　　　Phone: (515) 309-9610 Fax: (515) 309-9625
　　　　　　　　　　　　　　　　Email: melanie_keiper@fd.org
　　　　　　　　　　　　　　　　ATTORNEY FOR DEFENDANT

CERTIFICATE OF SERVICE

　　I hereby certify that on July 18, 2019, I electronically filed this document with the Clerk of Court using the ECF system which will serve it on the appropriate parties.

　　　　　　　　　　　　　　　　 */s/ Morgan Conn*, Paralegal