IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARTIN JAMES TIRRELL,<br><br>Defendant. | Criminal No. 4:19-cr-005<br><br><br>DEFENDANT'S UNRESISTED MOTION TO CONTINUE TRIAL AND TO EXTEND PRETRIAL DEADLINES |

COMES NOW, the defendant, Martin James Tirrell, through counsel, and moves for a continuance of the trial currently scheduled for September 9, 2019, and an extension of the pretrial deadlines.  In support of this motion, counsel states as follows:

1. The defendant is charged in a ten-count superseding indictment alleging violations of: 18 U.S.C. § 1341, mail fraud (counts 1 and 2); 18 U.S.C. § 1343, wire fraud (counts 3 through 7); 18 U.S.C. §§ 1029(a)(5) and 1029(c)(1)(A)(ii), access device fraud (count 8); and 18 U.S.C. § 1344(1), bank fraud. (counts 9 and 10).

2. More time is needed to investigate this case.  Another attorney was originally assigned to this case.  The undersigned entered her Appearance on July 18, 2019, and is still getting up to speed in this case.  Additionally, this case involves in excess of 10,000 pages of discovery materials, many of them being financial records.

3. Counsel for the government has indicated that the government does not resist this motion.

4. Because the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial, the period would be excludable time for speedy trial purposes.

      5.       The defendant is not in custody.

      6.       Trial in this matter has previously been continued.   This is the second motion to continue trial filed in this case.

WHEREFORE, defendant Martin James Tirrell requests that the Court grant this motion and continue the current trial date to the January 2020, trial setting date along with a corresponding extension of the pretrial deadlines.

                                              Respectfully submitted,

                                              */s/ Melanie S. Keiper*
                                              MELANIE S. KEIPER
                                              Assistant Federal Public Defender
                                              FEDERAL DEFENDER'S OFFICE
                                              400 Locust Street, Suite 340
                                              Des Moines, Iowa 50309-2353
                                              Phone: (515) 309-9610 Fax: (515) 309-9625
                                              Email: melanie_keiper@fd.org
                                              ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2019, I electronically filed this document with the Clerk of Court using the ECF system which will serve it on the appropriate parties.

                                              */s/ Morgan Conn*, Paralegal