UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| United States of America | Case No. 4:19-cr-00005-SMR-HCA-1 |
| vs. | |
| Martin James Tirrell | ORDER CONTINUING TRIAL |

At the request of the ~~Defendant~~ Government, ____[32]____, trial in this case is continued. Pursuant to 18 U.S.C. § 3161, IT IS ORDERED that the time between the motion and new trial date is excluded from Speedy Trial Act calculations. The Court finds that a continuance is in the interest of justice, which outweighs the interests of the public and Defendant(s) in a speedy trial, for the following reasons:

- ____ Delay associated with proceedings to determine competency. 18 U.S.C. § 3161(h)(1)(A).
- ____ Delay associated with the need to resolve pretrial motions. 18 U.S.C. § 3161(h)(1)(D).
- ____ Delay associated with consideration by the Court of a proposed plea agreement. 18 U.S.C. § 3161(h)(1)(G).
- ____ Delay associated with absence or unavailability of the defendant or an essential witness. 18 U.S.C. § 3161(h)(3)(A).
- ____ Reasonable delay for a defendant who is joined for trial with a co-defendant(s) whose time for speedy trial has not elapsed, and no motion for severance has been granted. 18 U.S.C. § 3161(h)(6).
- ____ Case is so unusual or complex that it is unreasonable to expect adequate preparation for pretrial and/or trial proceedings without allowing additional time. 18 U.S.C. § 3161(h)(7)(B)(ii).
- ____ Case is not unusual or complex, but defendant(s) needs time to retain counsel or have continuity of counsel. 18 U.S.C. § 3161(h)(7)(B)(iv).
- ✓ A failure to grant a continuance will deny reasonable time necessary for adequate preparation for trial, even with the exercise of due diligence by the parties. 18 U.S.C. § 3161(h)(7)(B)(iv).
- ✓ Other: Counsel is new to the case.

### New Trial Date and Deadlines:

Trial Shall begin: 1/6/2020 at 9:00 am____.
A separate Order may be entered with requirements for trial preparation and specific motions.

Discovery Completed/Supplemented by:_____

Reciprocal Discovery Due:_____

Pretrial Motions Shall be Filed: 12/6/2019_____

Plea Entry Deadline: 12/20/2019_____;
Entry of plea after this deadline may impact consideration for Acceptance of Responsibility under U.S.S.C. Guidelines § 3E1.1.

Status Conference (Counsel Only) set:_____.

Final Pretrial Conference Set:_____.

Dated this __9th__ day of __August, 2019__.

_Helen C. Adams_
Helen C. Adams, Chief U.S. Magistrate Judge