IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>MARTIN JAMES TIRRELL,<br><br>　　　　　Defendant. | No. 4:19-cr-005<br><br>DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE TO ALLOW FOR TRAVEL |

COMES NOW, the defendant, Martin J. Tirrell, by his attorney, and moves the Court for an order modifying his conditions of release.  In support of this motion, the defendant states:

1.　　　Pursuant to his Conditions of Release, the defendant has been ordered not to leave Polk County, Iowa. *See* Docket No. 19, ¶ 7(i).

2.　　　The defendant wishes to visit his elderly mother over the Thanksgiving holiday.

3.　　　On November 26, 2019, the defendant will take a flight from Des Moines, Iowa, to Hartford, Connecticut.  He will then drive to Deerfield, Massachusetts, and stay there until his return back to Iowa on December 1, 2019.

4.　　　Counsel has contacted Assistant U.S. Attorney Rachel Scherle, the attorney for the government, and has not yet received a response.

WHEREFORE, the defendant prays that the Court grant this motion to allow the defendant to travel to Massachusetts for the Thanksgiving holiday, and for such other relief as deemed appropriate under the circumstances.

Respectfully submitted,

*/s/ Melanie S. Keiper*
MELANIE S. KEIPER
Assistant Federal Public Defender

FEDERAL DEFENDER'S OFFICE
400 Locust Street, Suite 340
Des Moines, Iowa 50309-2353
Phone: (515) 309-9610 Fax: (515) 309-9625
Email: melanie_keiper@fd.org
ATTORNEY FOR DEFENDANT

CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2019, I electronically filed this document with the Clerk of Court using the ECF system which will serve it on the appropriate parties.

*/s/ Morgan Conn*, Paralegal