IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Criminal No. 4:19-cr-005 |
| v. | ) |
| | ) **RESPONSE TO DEFENDANT'S** |
| MARTIN JAMES TIRRELL, | ) **MOTION TO MODIFY CONDITIONS** |
| | ) **OF RELEASE** |
| Defendant. | ) |

COMES NOW, Assistant United States Attorney, Richard D. Westphal, and hereby responds to Tirrell's Motion to Modify Conditions of Release, and states as follows:

1. Tirrell has requested a short term modification of his terms of pretrial release to allow out of state travel from November 26, 2019 to December 1, 2019. (District Court Docket, hereinafter "DCD," 34.)

2. AUSA Scherle is out of the office returning the week of November 25.

3. The undersigned has contacted the case agent and the United States Probation Office concerning the nature of the travel request. U.S. Probation has verified the travel plan and recommends approving the request.

4. At this time, the government does not object to this short term modification, limited specifically to the dates of November 26, 2019 to December 2, 2019 and only to and from the travel location referenced in Tirrell's motion. All other conditions of release in full force and effect.

1

WHEREFORE, for the reasons stated above, the government does not object to the modification requested.

Respectfully submitted,

Marc Krickbaum
United States Attorney

By: */s/ Richard D. Westphal*
    Richard D. Westphal
    Assistant United States Attorney
    U.S. Courthouse Annex, Suite 286
    110 East Court Avenue
    Des Moines, Iowa 50309
    (515) 473-9300
    Rich.Westphal@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2019, I
Electronically filed the foregoing with the
Clerk of Court using the CM ECF system. I hereby
Certify that a copy of this document was served
On the parties or attorneys of record by:

____U.S. Mail  _____Fax  _____Hand Delivery

__X__ECF/Electronic filing  ____other means

UNITED STATES ATTORNEY

By: */s/ Richard D. Westphal*
   Richard D. Westphal