IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARTIN JAMES TIRRELL,<br><br>Defendant. | No. 4:19-cr-005<br><br>DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE TO ALLOW FOR TRAVEL |

COMES NOW, the defendant, Martin J. Tirrell, by his attorney, and moves the Court for an order modifying his conditions of release. In support of this motion, the defendant states:

1. Pursuant to his Conditions of Release, the defendant has been ordered not to leave Polk County, Iowa. *See* Docket No. 19, ¶ 7(i).

2. The defendant wishes to visit his elderly mother over the Christmas holiday.

3. The defendant will travel from Des Moines on December 20, 2019, to his mother's home and stay there until his return to Iowa on December 29, 2019.

4. Counsel has contacted Assistant U.S. Attorney Rachel Scherle, the attorney for the government, and has not yet received a response.

WHEREFORE, the defendant prays that the Court grant this motion to allow the defendant to travel for the Christmas holiday, and for such other relief as deemed appropriate under the circumstances.

        Respectfully submitted,

        */s/ Melanie S. Keiper*
        MELANIE S. KEIPER
        Assistant Federal Public Defender
        FEDERAL DEFENDER'S OFFICE
        400 Locust Street, Suite 340
        Des Moines, Iowa 50309-2353
        Phone: (515) 309-9610 Fax: (515) 309-9625
        Email: melanie_keiper@fd.org
        ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2019, I electronically filed this document with the Clerk of Court using the ECF system which will serve it on the appropriate parties.

        */s/ Mindy Guynn*, Paralegal