IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MARTIN JAMES TIRRELL,<br><br>    Defendant. | No. 4:19-cr-00005-SMR-HCA<br><br>**ORDER FOR PRESENTENCE INVESTIGATION AND CONCERNING SUBMISSION OF MOTIONS, OBJECTIONS, AND OTHER SENTENCING MATERIALS** |

**I. PRESENTENCE INVESTIGATION AND DISCLOSURE OF PRESENTENCE REPORT**

Within fourteen (14) calendar days following the date of adjudication or plea proceeding, counsel for the United States Attorney's Office shall provide to the United States Probation Office and serve upon opposing counsel a written statement of the defendant's offense conduct in the case. In accordance with this Order, the offense conduct statement shall be provided no later than **December 20, 2019.**

The United States Probation Office shall complete a presentence investigation, and the initial presentence report (PSR) shall be completed and disclosed to parties within sixty (60) calendar days following the date of adjudication or plea proceeding. In accordance with this Order, the initial PSR shall be disclosed on **February 4, 2020**. Initial disclosure of the PSR shall occur via electronic filing on CM/ECF.

Within fourteen (14) days after disclosure of the initial PSR, pursuant to Fed. R. Crim. P. 32(f)(1), counsel shall file with the Court any objections counsel may have to any material facts, information, sentencing classifications, sentencing guideline ranges, and policy statements contained in, or omitted from, the PSR. In accordance with this Order, objections shall be filed

by no later than **February 18, 2020**.  **If a party has no objections to the PSR, a statement indicating such shall be filed by this same date.**

## II.  OBJECTION MEETING

**It is the responsibility of counsel to be prepared for and participate in an objection meeting, if one is necessary.**  In accordance with Fed. R. Crim. P. 32(f)(3), the United States Probation Office shall contact counsel to determine the parties' readiness to proceed with sentencing and conduct a meeting to address any objections or logistics relating to sentencing.

No later than **February 25, 2020,** the Probation Officer shall contact the Court regarding any known logistical matters related to sentencing, and shall provide an estimate of the length of sentencing.

## III.  SENTENCING DATE

The parties involved shall appear before the Court for sentencing proceedings on **Tuesday, April 7, 2020, at 11:00 a.m. in Courtroom 145 of the United States Courthouse in Des Moines, Iowa, before United States District Judge Stephanie M. Rose.**  The estimated time required for the sentencing hearing is thirty (30) minutes; however, the parties shall notify the Court if more time is needed.  In accordance with 18 U.S.C. § 3552(d), the final PSR shall be disclosed to the Court and parties at least ten days prior to the date set for sentencing.  The Probation Officer will advise the Court as to the projected length of the sentencing hearing, whether the parties intend to call witnesses, whether it is anticipated that any victims may wish to be present and/or address the Court, and whether there are any unique logistical or scheduling issues.

## IV.  PRE-SENTENCE SUBMISSIONS

On or before five (5) days prior to the date set for sentencing, the parties shall each file a sentencing memorandum, setting forth any outstanding disputes as to the application of the United States Sentencing Guidelines and the position of the party as to the appropriate sentence to impose

under the factors set forth in 18 U.S.C. § 3553(a). Any other motion or brief the party would like the Court to consider must be filed by the same date. Additionally, by the same deadline, the parties shall file, **under seal**, any letters or other exhibits the party would like the Court to consider at the sentencing hearing, with copies provided to opposing counsel and the Probation Officer. The requirements in this section do not apply to resistances or responses to motions or briefs served less than five (5) days before the sentencing hearing, Government motions under USSG §5K1.1 or 18 U.S.C. § 3553(e), or rebuttal or impeachment exhibits.

**IT IS SO ORDERED.**

Dated this 9th day of December, 2019.

_____
STEPHANIE M. ROSE
UNITED STATES DISTRICT JUDGE